IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| United States of America, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | 8:08CV22 |
| | ) | |
| Suzanne K. Legband, | ) | |
|     Defendant, | ) | |
| | ) | |
|     and | ) | |
| | ) | |
| Bass Pro Shops, | ) | |
|     Garnishee. | ) | |

ORDER TO ISSUE WRIT OF
CONTINUING GARNISHMENT

This matter comes before this Court on the Application For Writ of Continuing Garnishment of the Plaintiff, United States of America, for an order to issue the Writ of Continuing Garnishment against Bass Pro Shops, the garnishee, and for good cause shown,

IT IS HEREBY ORDERED that the application for writ, filing 27, is granted and the Clerk of the Court shall issue a Writ of Continuing Garnishment against Bass Pro Shops, whose address is 2901 Bass Pro Drive, Council Bluffs, IA 51501.

DATED this 30th day of July, 2008.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge